**MOTION GAMES, LLC, Appellant,**

v.

**NINTENDO OF AMERICA INC., Appellee.**

**No. 2015–1867.**

United States Court of Appeals, Federal Circuit.

May 10, 2016.

David Michael Underhill, Boies, Schiller & Flexner, LLP, Washington, DC, argued for appellant. Also represented by Patrick M. Lafferty; Joshua M. Kalb, Hunton & Williams LLP, Atlanta, GA.

Rudolf Edward Hutz, Reed Smith LLP, Wilmington, DE, argued for appellee. Also represented by Brian D. Roche, Chicago, IL; Barry John Coyne, Pittsburgh, PA; Joseph Presta, Nixon & Vanderhye P.C., Arlington, VA.

O'MALLEY, CHEN, and STOLL, Circuit Judges.

994

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**